# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:  
    Robert A Delallave  
    Jessica Delallave  
        Debtor(s)

Case No. 14 B 02509

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/28/2014.

2) The plan was confirmed on 04/28/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 03/24/2016, 05/17/2016.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/05/2017.

5) The case was Completed on 09/11/2017.

6) Number of months from filing to last payment: 43.

7) Number of months case was pending: 53.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $34,824.11.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $27,188.05 |
| Less amount refunded to debtor | $1,905.83 |
| **NET RECEIPTS:** | **$25,282.22** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $995.65 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,995.65** |

Attorney fees paid and disclosed by debtor:    $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Alexian Brothers Medical Center | Unsecured | 79.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP as Agent | Unsecured | 567.00 | 621.04 | 621.04 | 248.20 | 0.00 |
| American InfoSource LP as Agent | Unsecured | 426.00 | 425.89 | 425.89 | 170.21 | 0.00 |
| AWA Collections | Unsecured | 156.00 | NA | NA | 0.00 | 0.00 |
| Bay Area Credit Service | Unsecured | 704.00 | NA | NA | 0.00 | 0.00 |
| Becket & Lee | Unsecured | 297.00 | 420.86 | 420.86 | 168.20 | 0.00 |
| BMO Harris Bank NA | Unsecured | 0.00 | 8,684.76 | 8,684.76 | 3,470.95 | 0.00 |
| Capital One Auto Finance | Unsecured | 4,753.00 | 5,651.68 | 5,651.68 | 2,258.75 | 0.00 |
| Cash Call | Unsecured | 6,300.00 | NA | NA | 0.00 | 0.00 |
| Cental Dupage Hospital | Unsecured | 62.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 0.00 | 1,070.40 | 1,070.40 | 427.80 | 0.00 |
| Commonwealth Edison Company | Unsecured | 905.00 | 1,240.63 | 1,240.63 | 495.83 | 0.00 |
| Delbert Services Corporation | Unsecured | 0.00 | 5,060.62 | 5,060.62 | 829.49 | 0.00 |
| DuPage Medical Group | Unsecured | 372.00 | NA | NA | 0.00 | 0.00 |
| I C System INC | Unsecured | 264.00 | NA | NA | 0.00 | 0.00 |
| Iggy Group, Ltd | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | 39.00 | 703.82 | 703.82 | 281.29 | 0.00 |
| Illinois Collection Service | Unsecured | 779.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 66.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 778.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 719.00 | 526.03 | 526.03 | 210.23 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 594.00 | 1,133.42 | 1,133.42 | 452.98 | 0.00 |
| Jefferson Capital Systems LLC | Secured | 6,419.02 | 6,419.02 | 6,419.02 | 6,419.02 | 279.66 |
| Karin Fiedler M.D. | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| Medical Business Bureau LLC | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| Merchants Credit Guide | Unsecured | 242.00 | NA | NA | 0.00 | 0.00 |
| Midwest Emergency Associates | Unsecured | 594.00 | NA | NA | 0.00 | 0.00 |
| MyQuick FNDS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Payday Loan Store | Unsecured | 694.00 | 826.57 | 826.57 | 330.35 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 396.00 | 475.58 | 475.58 | 190.07 | 0.00 |
| Premier Bankcard | Unsecured | 997.00 | 997.13 | 997.13 | 398.51 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Presence Our Lady of the Resur | Unsecured | 148.00 | NA | NA | 0.00 | 0.00 |
| Presence St. Joseph Hospital Elgin | Unsecured | 29.00 | NA | NA | 0.00 | 0.00 |
| Provena Medical Group | Unsecured | 9.00 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 140.00 | 223.46 | 223.46 | 89.31 | 0.00 |
| Ram Velamati MD SC | Unsecured | 13.00 | NA | NA | 0.00 | 0.00 |
| Schwartz Samuel C | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| Short Term Loans LLC | Unsecured | 2,000.00 | 2,720.61 | 2,720.61 | 1,087.32 | 0.00 |
| Short Term Loans, LLC | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| SIR Finance Corporation | Unsecured | 0.00 | 1,594.00 | 1,594.00 | 0.00 | 0.00 |
| Southwest Credit Systems | Unsecured | 704.00 | NA | NA | 0.00 | 0.00 |
| Springleaf Financial Services | Secured | 2,520.00 | 2,233.82 | 2,233.82 | 2,233.82 | 57.45 |
| St. Joseph Hospital | Unsecured | 779.00 | NA | NA | 0.00 | 0.00 |
| TD Bank USA NA | Unsecured | 348.00 | 468.23 | 468.23 | 187.13 | 0.00 |
| Village of Bartlett | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| West Central Anesthesiology Group LTD | Unsecured | 37.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $8,652.84 | $8,652.84 | $337.11 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$8,652.84** | **$8,652.84** | **$337.11** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$32,844.73** | **$11,296.62** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,995.65 |
| Disbursements to Creditors | $20,286.57 |
| **TOTAL DISBURSEMENTS:** | **$25,282.22** |

**UST Form 101-13-FR-S (9/1/2009)**

      12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/30/2018                               By: /s/ Marilyn O. Marshall
                                                                         Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**